**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | |
|---|---|
| JENNIFER VLASAK, Individually and on Behalf of All Others Similarly Situated, | ) ) Case No.: 20-cv-921 |
| Plaintiff, | ) ) **NOTICE OF DISMISSAL** ) **WITHOUT PREJUDICE** ) |
| v. | ) ) |
| DIVERSIFIED CONSULTANTS INC, | ) Hon. Nancy Joseph ) |
| Defendant. | ) ) |

THE PLAINTIFF, Jennifer Vlasak, by counsel, Ademi LLP, hereby gives notice pursuant to

Rule 41 of the Federal Rules of Civil Procedure that this action is dismissed without prejudice and

without costs to either party. No class has been certified in this case, and therefore Rule 23(e) of the

Federal Rules of Civil Procedure does not apply. Further, the Defendant, Diversified Consultants,

Inc., has not served an answer or motion for summary judgment, and therefore, dismissal does not

require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated this 24th day of October 2022.  By: /s/ Ben J. Slatky
Ben J. Slatky (SBN: 1106892)
**ADEMI LLP**
3620 East Layton Avenue
Cudahy, WI 53110
Phone No.: (414) 482-8000
Fax No.: (414) 482-8001
E-mail: bslatky@ademilaw.com

1
